

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00033-CV

| | | |
|---|---|---|
| IN RE: THE COMMITMENT OF JUSTIN SHELTON | § | On Appeal from the 16th District Court |
| | § | of Denton County (18-1648-16) |
| | § | April 16, 2020 |
| | § | Opinion by Justice Womack |

## JUDGMENT ON REHEARING

Appellant Justin Shelton filed a motion for rehearing on our opinion that was issued on February 13, 2020. We deny the motion, withdraw our opinion and judgment dated February 13, 2020, and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/Dana Womack

Justice Dana Womack